# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

CHEARRIE D. BUCHAN,            )
                   Plaintiff,   )
                                          )
vs.                            )   Case No. 08-4099-JAR
                                          )
MICHAEL J. ASTRUE,             )
COMMISSIONER OF                )
SOCIAL SECURITY,               )
                   Defendant.   )
                   Defendant.   )
_____  ____)

## ORDER ADOPTING RECOMMENDATION AND REPORT

Ten days having passed, and no written objections being filed to the proposed findings and recommendations filed by Magistrate Judge Gerald B. Cohn, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED** that the decision of the Commissioner be reversed, and that the case be remanded pursuant to the fourth sentence of 42 U.S.C. § 405(g), for further proceedings in accordance with the June 29, 2009 Recommendation and Report (Doc. 22).

**IT IS SO ORDERED**.

Dated:  **July 21, 2009**

                                                        S/ Julie A. Robinson
                                                        **JULIE A. ROBINSON**
                                                        **UNITED STATES DISTRICT JUDGE**